**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   2:08mj18-WC** |
| | ) | |
| **BRYON CHARLES COLLINS** | ) | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for

detention for the above-captioned defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

| | |
|---|---|
| _____ | 10 + year crime of violence (18 U.S.C. § 3156) |
| _____ | 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B)) |
| _____ | Maximum sentence of life imprisonment or death |
| \_\_\_\_X\_\_\_\_ | 10 + year drug offense |
| _____ | Felony, with two prior convictions in the above categories |
| _____ | Felony involving a minor victim |
| _____ | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon |
| _____ | Failure to register as a sex offender (18 U.S.C. § 2250) |
| \_\_\_\_X\_\_\_\_ | Serious risk the defendant will flee |
| _____ | Serious risk of obstruction of justice |

2.    <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

_____X_____        Defendant's appearance as required

_____X_____        Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____        Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

_____X_____        Probable cause to believe defendant committed 10 + year  drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

_____        Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____        Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____        Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.    <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____        At the initial appearance

_____X_____        After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 18th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
nathan.stump@usdoj.gov