IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:08mj18-WC |
| BRYON CHARLES COLLINS | ) | |

## ORDER

For good cause,

It is  ORDERED that a detention and preliminary hearing is set for **March 21, 2008**

**at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States

Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned

Magistrate Judge.

Pending this hearing, the defendant(s)  shall be held in custody of the U. S. Marshal

and produced for the hearing.

DONE this 18th   day of March, 2008.

/s/ Wallace Capel, Jr.

_____

WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE