IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                           ) | 2:08mj18-WC |
| ) | |
| BYRON CHARLES COLLINS | |

# **ORDER**

On March 21, 2008, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing. Also in accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing was scheduled, however the defendant waived his right to a detention hearing, with the Court's permission to revisit the issue if circumstances change. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

It is further ORDERED, that the defendant be detained pending further order of the court.

Done this 21st day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE